# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JACKIE MARTIN,** | § |
| | § |
| **Plaintiff,** | § CIVIL ACTION NO. 6:20-CV-00005-JDL |
| | § |
| v. | § |
| | § |
| **RUSH, LLC,** | § |
| | § |
| **Defendant.** | § |

## FINAL JUDGMENT

Pursuant to the court's order dismissing all pending claims with prejudice, the court hereby enters final judgment. All costs are to be borne by the party that incurred them. The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 27th day of April, 2021.**

_John D. Love_
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE